UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80546-DMM


**NELSON FERNANDEZ**,

       Plaintiff,

vs.

**ATLANTIC HEALTHCARE PRODUCTS,
INC., a Florida for-profit corporation**,

       Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ ("Plaintiff") and Defendant ATLANTIC HEALTHCARE

PRODUCTS, INC. ("Defendant"), through their respective undersigned counsel, pursuant to Local

Rule 16.4, hereby provide notice that the parties have reached a settlement and will be executing

necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties

respectfully request that the Court provide the parties ten (10) days to finalize their settlement

agreement and for Plaintiff to file the necessary dismissal document(s).

       Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 8751 W. Broward Blvd., Suite 303 | Co-Counsel for Plaintiff |
| Plantation, FL 33324 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email:duranandassociates@gmail.com |

By____*s/ Roderick V. Hannah*_____         By ____*s/ Pelayo M. Duran*_____
     RODERICK V. HANNAH               PELAYO M. DURAN
     Fla. Bar No. 435384                  Fla. Bar No. 0146595

2

**TODD W. SHULBY, P.A.**
Counsel for Defendant
1792 Bell Tower Lane
Weston, Florida  33326
(954) 530-2236
tshulby@shulbylaw.com


By____*s/ Todd W. Shulby*_____
        TODD W. SHULBY
        Fla. Bar No.068365